UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLE SCHMIDT,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, INC., and DOES 1 through 50,<br><br>　　　　　　　Defendants. | Case No. 1:23-cv-0052-JLT-EPG<br><br>STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER<br><br>(ECF No. 25) |

　　　　Plaintiff Camille Schmidt and Defendant State Farm General Insurance Company, Inc. filed a joint stipulation to continue the currently set dates in this case by 90 days to permit the parties to complete mediation. (ECF No. 25).

　　　　Based on the parties' stipulation, IT IS ORDERED that the Court's July 11, 2024, Scheduling Order (ECF No. 23) be modified as follows:

| | |
|---|---|
| Non-Expert Discovery Cutoff: | January 7, 2025 |
| Expert Witness Disclosure: | February 6, 2025 |
| Rebuttal Expert Disclosure: | March 10, 2025 |
| Expert Discovery Cutoff: | April 9, 2025 |
| Dispositive Motion Filing Deadline: | May 28, 2025 |
| Pretrial Conference: | December 1, 2025 |
| Jury Trial: | March 3, 2026[1] |

---

[1] The pretrial conference and jury trial will be before District Judge Jennifer L. Thurston in Courtroom 4

1

Given the multiple extensions already granted to these deadlines, no further extension will be granted to the non-expert discovery cut-off. Should the parties be unable to locate an acceptable mediator, the parties are welcome to contact the Court to arrange for a Court-mediated settlement conference with a Magistrate Judge.

Additionally, the status conference[2] scheduled for October 24, 2024, is rescheduled to January 22, 2025, at 10:30 AM before Magistrate Judge Erica P. Grosjean in Courtroom 10 (EPG). The parties are reminded to file a joint status report one full week prior to the conference.

IT IS SO ORDERED.

Dated:  **October 7, 2024**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE

---

(JLT). The pretrial conference will be at 1:30 PM and the jury trial will be at 8:30 AM.
[2] To participate telephonically, each party is to use the following dial-in number and passcode:
    Dial in number: 1-888-251-2909
    Passcode: 1024453

2